**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| **WADE WASSON** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Cause No.:** |
| **v.** | ) |
| | ) |
| **TOYOTA MOTOR** | ) |
| **MANUFACTURING,** | ) |
| **KENTUCKY, INC.** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## COMPLAINT AND DEMAIND FOR JURY TRIAL

### I. NATURE OF THE CASE

1. Plaintiff, Wade Wasson ("Wasson"), by counsel, brings this action against Defendant, Toyota Motor Manufacturing, for violating the Age Discrimination in Employment Act ("ADEA"), as amended 29 U.S.C. §621 *et. seq* and the Kentucky Civil Rights Act.

### II. PARTIES

2. Wasson is a resident of Scott County, Kentucky who at all times relevant to this action resided within the geographical boundaries of the Eastern District of Kentucky.

3. Defendant is located and conducts business within the geographical boundaries of the Eastern District of Kentucky.

### III. JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331; 28 U.S.C. §1367; 28 U.S.C.§1343; and 29 U.S.C. §626(c);

5.      Jurisdiction is conferred on Wasson's state law claims pursuant to 29 U.S.C. §1367 because his state law claims arise from the same common nucleus of operative facts as his federal law claims and all of his claims form a single case and controversy under Article III of the United States Constitution.

6.      Defendant is an "employer" within the meaning of 29 U.S.C. §630(b), 29 and KCRA 344.030(2).

7.      Wasson is an "employee" within the meaning of 29 U.S.C. §630(f) and KCRA 344.030(5).

8.      Wasson exhausted his administrative remedies having timely filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC") against Defendant alleging discrimination based on age. Wasson received the required Notice of his Right to Sue and timely files this action.

9.       A substantial part of the events, transactions, and occurrences relevant to this lawsuit arose within the geographical environs of the Eastern District of Kentucky; thus, venue is proper in this Court.

## IV. FACTUAL ALLEGATIONS

10.     Defendant hired Wasson as a Team Member on or about November 8, 1998.

11.     Over his nearly twenty-four (24) years of employment, Wasson has consistently met or exceeded performance expectations.

12.     Nevertheless, Defendant sent Wasson home on or about September 21, 2022, pending an investigation into an allegation of sexual harassment against him. The allegation came from a co-worker with whom he had previously had a consensual relationship. The individual complained about text messages sent to her by Wasson.

13.     On November 4, 2022, Defendant terminated Wasson's employment. Prior to

the individual's complaint, Wasson had apologized for the one potentially inappropriate message that he had sent. Moreover, the individual who complained specifically noted that she did not want Wasson to be terminated from employment.

14. Wasson had not been disciplined for similar or even any unrelated matters in his twenty-four (24) years with Defendant.

15. Similarly situated younger employees have been given lesser discipline after complaints of sexual harassment and lesser discipline was available here – and requested by the person making the complaint – to remedy the issue. Furthermore, other individuals were allowed a peer review prior to being terminated, all of which was not offered to Wasson.

16. Wasson was almost fifty-four (54) at the time of his discharge and had approximately twenty-four (24) years of service. By terminating Wassons's employment prior to his reaching age fifty-five (55) or twenty-five (25) years of service, Wasson lost significant retirement benefits which represented significant cost savings to Defendant.

## V. CAUSES OF ACTION

### COUNT I: ADEA & KCRA - DISCRIMINATION

17. Wasson hereby incorporates paragraphs one (1) through sixteen (16) of his Complaint as if the same were set forth at length herein.

18. Wasson's employment was terminated because of his age.

19. Defendant's actions were intentional, willful, and in reckless disregard of Wasson's rights as protected by the ADEA and KCRA.

20. Wasson has suffered damages as a result of Defendant's unlawful actions.

## VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Wade Wasson, respectfully requests that this Court enter

judgment in his favor and award him the following relief:

1. Reinstatement Wasson's position, salary, and seniority level he would have enjoyed but for Defendant's unlawful actions; and/or payment to Wasson of front pay in lieu thereof;

2. All wages, benefits, compensation, and other monetary loss suffered as a result of Defendant's unlawful actions;

4. Compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;

5. Liquidated damages for violations of the ADEA;

6. Compensatory damages for Defendant's violations of the KCRA;

7. All costs and attorney's fees incurred as a result of bringing this action;

8. Pre- and post-judgment interest on all sums recoverable; and

9. All other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC
By: */s/ Andrew Dutkanych*
Andrew Dutkanych
144 North Delaware Street
Indianapolis, IN 46204
Telephone: (317) 991 - 4765
Email: ad@bdlegal.com
*Counsel for Plaintiff, Wade Wasson*

## DEMAND FOR JURY TRIAL

Plaintiff, Wade Wasson, by counsel, requests a trial by jury on all issues deemed so triable.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC
By: */s/ Andrew Dutkanych*
Andrew Dutkanych
144 North Delaware Street
Indianapolis, IN 46204
Telephone: (317) 991 - 4765
Email: ad@bdlegal.com
*Counsel for Plaintiff, Wade Wasson*